# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ████████████████<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSH SHAPIRO, in his official capacity as Attorney General of Pennsylvania; MATTHEW FOGAL, in his official capacity as District Attorney of Franklin County, Pennsylvania; BRIAN SINNETT, in his official capacity as District Attorney of Adams County, Pennsylvania; DAVID W. SUNDAY, JR., in his official capacity as District Attorney of York County, Pennsylvania, and HEATHER ADAMS, in her official capacity as District Attorney of Lancaster County, Pennsylvania<br><br>　　　　Defendants. | 1:18-cv-1370<br><br>Hon. John E. Jones III |

## **ORDER**

### **March 4, 2020**

**AND NOW**, as discussed during today's telephonic conference with counsel in this matter, we shall **CONVERT** the Motions to Dismiss filed by Defendants Sinnett, Sunday, Adams, and Fogal, (Docs. 61, 63, 65, 67), to Motions for Summary Judgment per Federal Rule of Civil Procedure 12(d). Parties shall have until **June 4, 2020** to conduct discovery on the limited issue of our jurisdiction in

this matter. Parties shall **FILE** new Motions for Summary Judgment or supplement their newly-converted Motions for Summary Judgment by **July 6, 2020**.

s/ John E. Jones III
John E. Jones III
United States District Judge