# IN THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,<br>Plaintiff<br><br>vs.<br><br>GOVERNOR OF PENNSYLVANIA; ATTORNEY GENERAL OF PENNSYLVANIA; SECRETARY, PENNSYLVANIA DEPARTMENT OF EDUCATION; BRIAN SINNETT, IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY OF ADAMS COUNTY; MATTHEW FOGAL, IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY OF FRANKLIN COUNTY; DAVID W. SUNDAY, JR., IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY OF YORK COUNTY; HEATHER ADAMS, IN HER OFFICIAL CAPACITY AS DISTRICT ATTORNEY OF LANCASTER COUNTY,<br>Defendants | No. **1:18-cv-01370**<br><br>MOTION TO INTERVENE AND UNSEAL |

## ENTRY OF APPEARANCE OF SHAWN M. RODGERS

Kindly enter the appearance of Shawn M. Rodgers on behalf of Proposed Intervenors, The Pennsylvania Center for the First

Amendment, Professor Robert Richards, and Professor Eugene Volokh (collectively, "Proposed Intervenors").

                                    Respectfully submitted

                                    */s Shawn M. Rodgers*
                                    Shawn M. Rodgers
                                    I.D. No. 307598
                                    GOLDSTEIN LAW PARTNERS, LLC
                                    11 Church Road
                                    Hatfield, PA 19440
                                    (tel)  610.949.0444
                                    (fax) 215.257.1910
                                    srodgers@goldsteinlp.com

                                    *Counsel for Proposed Intervenors*

Dated: March 3, 2020

# CERTIFICATE OF SERVICE

I, Shawn M. Rodgers, Esquire, hereby certify that I caused a true and correct copy of the foregoing Entry of Appearance and Request for Admission *Pro Hac Vice* to be served on March 3, 2020, by electronic filing at the following address:

<u>VIA CM/ECF, E-Mail and/or U.S. Mail:</u>

Aaron D. Martin
Michael D. Reed
Mette, Evans & Woodside
3401 North Front Street
Post Office Box 5950
Harrisburg, PA 17110
(717) 232-5000
(717) 236-1816 (fax)
admartin@mette.com

*Counsel for John Doe*


Josh Shapiro
Sean A. Kirkpatrick
J. Bart DeLone
Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120

*Counsel for Defendants*


Joseph F. Canamucio
Pennsylvania State Education Association

400 North Third Street
Harrisburg, PA 17101

*Counsel for Amicus Curiae*
*Pennsylvania State Education Association*
Molly R. Mudd, Esquire
Adams County Assistant Solicitor
117 Baltimore Street
Gettysburg, PA  17325
(717) 337-5911
mmudd@adamscounty.us

*Counsel for Brian Sinnett, in his Official Capacity*
*as District Attorney of Adams County, Pennsylvania*


Frank J. Lavery, Esquire
Lavery Law
225 Market Street, Suite 304
P.O.Box 1245
Harrisburg, PA 17108
(717) 233-6633
flavery@laverylaw.com

*Counsel for Matthew Fogal, in his Official Capacity as District Attorney*
*of Franklin County, Pennsylvania*


Sean E. Summers, Esquire
Summers Nagy Law Office
35 South Duke Street
York, PA 17401
(717) 812-8100
ssummers@summersnagy.com

*Counsel for David W. Sunday, Jr., in his Official Capacity as District*
*Attorney of York County, Pennsylvania*

David J. MacMain, Esquire
Matthew S. Polaha, Esquire
The MacMain Law Group, LLC
433 W. Market Street, Suite 200
West Chester, PA 19382
(484) 318-7106
dmacmain@macmainlaw.com

*Counsel for Heather Adams, in her Official Capacity as District Attorney of Lancaster County, Pennsylvania*

                                          Respectfully submitted

                                          */s Shawn M. Rodgers*
                                          Shawn M. Rodgers
                                          I.D. No. 307598
                                          GOLDSTEIN LAW PARTNERS, LLC
                                          11 Church Road
                                          Hatfield, PA 19440
                                          (tel)  610.949.0444
                                          (fax) 215.257.1910
                                          srodgers@goldsteinlp.com

                                          *Counsel for Proposed Intervenors*

Dated: March 2, 2020