# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ███████████████████████ : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | DOCKET NO. 1:18-cv-1370 |
| : | The Honorable John E. Jones, III |
| JOSH SHAPIRO, et. al., : | |
| Defendants. : | **FILED UNDER SEAL** |

## AFFIDAVIT OF DEFENDANT, HEATHER ADAMS

I, Heather Adams, being duly sworn according to law, depose and say, the following statements are true and correct and are made subject to the penalties of 28 U.S.C. §1746 relating to unsworn falsification as to authorities, as follows:

1. I am currently the elected District Attorney of Lancaster County, Pennsylvania.

2. I was sworn in as the District Attorney on January 6, 2020.

3. On or about January 25, 2020, I received a copy of the Amended Complaint in the above-captioned matter.

4. I have never met Plaintiff, ████████████████ ("Plaintiff").

5. I have reviewed the Lancaster County District Attorney files and no file exists pertaining to Plaintiff.

6. Prior to January 25, 2020, the Lancaster County District Attorney's Office knew nothing about the allegations as outlined in the Amended Complaint, to include any information related to what Plaintiff received from the Commonwealth of Pennsylvania regarding an investigation pursuant to the Pennsylvania's Educator Discipline Act (the "Act"). *See* Act of December 12, 1873 (P.L. 397, No. 141), as amended December 18, 2013 (P.L. 1205, No. 120).

7. I am unaware of any Lancaster County law enforcement being involved in any manner regarding Plaintiff's alleged, potential criminal charges for violation of 18 Pa. C.S. 5511(a)(1)(i) on or about ███████████████

███████████

8. Based upon my review of the Amended Complaint, the criminal allegations related to 18 Pa. C.S. 5511(a)(1)(i) on or ███████████

███████████

9. The Office of the District Attorney of Lancaster County does not have jurisdiction to prosecute matters arising in non-Lancaster County locations.

10. No one from the Commonwealth of Pennsylvania has asked me to investigate or prosecute Plaintiff.

11. In the event that the Court would determine that any statute is unconstitutional the Office of the District Attorney of Lancaster County, Pennsylvania would be unable to enforce such statute.

12. The Office of the District Attorney of Lancaster County, Pennsylvania has no intent to prosecute Plaintiff based upon the allegations of his Amended Complaint.

13. The Office of the District Attorney of Lancaster County, Pennsylvania has no interest in the facts as alleged by Plaintiff in the Amended Complaint.

14. If called to testify, I would testify consistent with this Affidavit.

Dated: 2-24-20

_____
Heather Adams
District Attorney of Lancaster County,
Pennsylvania

**[Notarization to Follow]**

Commonwealth of Pennsylvania
County of Lancaster

The foregoing instrument was acknowledged before me this 24 day of February, 2020 by: District Attorney Heather Adams.

Notary Public: *Jackie L. Wickenheiser*

Printed Name: Jackie L. Wickenheiser

My Commission Expires: 7/6/20

```
COMMONWEALTH OF PENNSYLVANIA
        NOTARIAL SEAL
Jackie L. Wickenheiser, Notary Public
  City of Lancaster, Lancaster County
   My Commission Expires July 6, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES
```