# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ <br><br> Plaintiff, <br><br> v. <br><br> JOSH SHAPIRO, in his official capacity as Attorney General of Pennsylvania; MATTHEW FOGAL, in his official capacity as District Attorney of Franklin County, Pennsylvania; BRIAN SINNETT, in his official capacity as District Attorney of Adams County, Pennsylvania; DAVID W. SUNDAY, JR., in his official capacity as District Attorney of York County, Pennsylvania, and HEATHER ADAMS, in her official capacity as District Attorney of Lancaster County, Pennsylvania <br><br> Defendants. | 1:18-cv-1370 <br><br> Hon. John E. Jones III |

## ORDER

### April 7, 2020

**AND NOW**, we shall **GRANT** the Motion to Intervene and Unseal, (Doc. 76), to the extent it allows the Pennsylvania Center for First Amendment, Professor Robert Richards, and Professor Eugene Volokh to intervene for the limited purpose of seeking an order unsealing the judicial records in this matter. To the extent Intervenors have already submitted their arguments in favor of unsealing the

judicial record, we shall order that the parties in this action **MAY FILE** briefs in opposition to unsealing by or before **April 21, 2020**. Intervenors may file a reply by or before **May 5, 2020**.

s/ John E. Jones III
John E. Jones III
United States District Judge
