IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | : | *Amended Complaint Filed 1/7/20* |
| Plaintiff | : | |
| | : | No. 1:18-CV-1370 |
| v. | : | |
| | : | Hon. John E. Jones, III |
| JOSH SHAPIRO, *et al.*, | : | |
| Defendants | : | |

# **O R D E R**

**AND NOW**, this 6th day of May, 2020, upon consideration of the Joint Motion to Amend Caption, Redact Personal Identifiers and Unseal Case, it is hereby **ORDERED** that the motion is **GRANTED** as follows:

1. The caption of this case shall be amended to : JOHN DOE v. JOSH SHAPIRO, in his official capacity as Attorney General of Pennsylvania; MATTHEW FOGAL, in his official capacity as District Attorney of Franklin County, Pennsylvania; BRIAN SINNETT, in his official capacity as District Attorney of Adams County, Pennsylvania; DAVID W. SUNDAY, JR., in his official capacity as District Attorney of York County, Pennsylvania; and HEATHER ADAMS, in her official capacity as District Attorney of Lancaster County, Pennsylvania.

2. Plaintiff shall be pseudonymously identified on this Court's docket and in the parties' filings.

3. All filings from the opening of the case until the filing of the Amended Complaint shall remain sealed.

4. Beginning with the Amended Complaint and all documents filed since, the party responsible for filing shall, within 14 days of this order, provide the Clerk with a redacted version of the filing to replace the original document.

5. Redaction shall include all personal identification information and facts which would allow the identity of the Plaintiff to be identified, such as:

    a. Plaintiff's name,

    b. Plaintiff's address, and

    c. the factual allegations relating to Plaintiff's alleged criminal offense and subsequent charge.

6. The section of the crimes code that Plaintiff was cited with will not be redacted.

7. The docket will be unsealed by the Clerk in fourteen days, making all documents filed since the Amended Complaint publicly accessible – in redacted form.

**BY THE COURT:**

s/John E. Jones III

**JOHN E. JONES, III**
**United States District Judge**